# United States District Court

## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>IVAN ALEJANDRO MERCADO-VIDUENO | JUDGMENT IN A CRIMINAL CASE<br>(For Offenses Committed On or After November 1, 1987)<br>Case Number: **6:13-MJ-00031-MJS**<br><br>JEROME PRICE<br>Defendant's Attorney |

**THE DEFENDANT:**

[✔] pleaded guilty to count(s): <u>ONE AND TWO of the Complaint</u> .

[ ] pleaded nolo contendere to counts(s) ___ which was accepted by the court.

[ ] was found guilty on count(s) ___ after a plea of not guilty.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 18 USC 13/CPC 273.6 (a) | Violation of a Protective Order | June 23, 2013 | One |
| 36 CFR 4.2/CVC 14601.1 (a) | Driving on a Suspended D.L. | June 23, 2013 | Two |

The defendant is sentenced as provided in pages 2 through __ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on counts(s) ___ and is discharged as to such count(s).

[ ] Count(s)__ are dismissed on the motion of the United States.

[ ] Indictment is to be dismissed by District Court on motion of the United States.

[ ] Appeal rights will be addressed in a separate Court Order.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

November 5, 2013
--- 
Date of Imposition of Judgment

/s/ MICHAEL J. SENG
---
Signature of Judicial Officer

**MICHAEL J. SENG**, United States Magistrate Judge
---
Name & Title of Judicial Officer

November 5, 2013
---
Date

# SPECIAL CONDITIONS OF UNSUPERVISED PROBATION

The defendant shall be on UNSUPERVISED PROBATION for a term of  12 MONTHS.

1. Pursuant to 18 USC 3563 (b)(10), The defendant to the custody of the United States Bureau of Prisons to be imprisoned for a total term of twenty (20) days custody with credit for two (2) days served and thirteen (13) days suspended, for a total of five days.

2. The defendant shall surrender to the U.S. Marshall at 2:00 PM on January 27. 2014.

3. The defendant shall obey all laws.

4. The defendant shall report all new law violations to the Court through Counsel.

# CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the Schedule of Payments on Sheet 6.

|         | Assessment | Fine     | Restitution |
|---------|------------|----------|-------------|
| Totals: | $ 35.00    | $ Waived | $           |

[ ] The determination of restitution is deferred until ___ . An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

[ ] The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

| Name of Payee | Total Loss* | Restitution Ordered | Priority or Percentage |
|---------------|-------------|---------------------|------------------------|

[ ] Restitution amount ordered pursuant to plea agreement $ ___

[ ] The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

[ ] The court determined that the defendant does not have the ability to pay interest and it is ordered that:

    [ ] The interest requirement is waived for the    [ ] fine    [ ] restitution

    [ ] The interest requirement for the    [ ] fine [ ] restitution is modified as follows:

\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.